NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GUILLERMO LOPEZ-GONZALEZ,  )
                          )
         Appellant,        )
                          )
v.                        )          Case No. 2D15-4157
                          )
STATE OF FLORIDA,          )
                          )
         Appellee.         )
                          )
_____)

Opinion filed November 2, 2016.

Appeal from the Circuit Court for Manatee
County; Deno G. Economou, Judge.

Howard L. Dimmig, II, Public Defender, and
Julius J. Aulisio, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Lisa Martin, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


        Affirmed without prejudice to Mr. Lopez-Gonzalez's right to seek

postconviction relief.  See Fla. R. Crim. P. 3.850.


SILBERMAN, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.